Lisa A. McClane, Bar No. 10139
Daniel I. Aquino, Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com
daniel.aquino@jacksonlewis.com

Attorneys for KRNV, LLC

FILED / ENTERED
MAY 18 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRI LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>KRNV, LLC and DOES I-X,<br><br>    Defendant. | Case No. 3:18-cv-00176-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

COME NOW Defendant KRNV, LLC and Plaintiff TERRI LEWIS, by and through their respective attorneys, and do hereby stipulate and agree to extend the time to respond to Plaintiff's Complaint (Doc. #1). The parties request this extension of time because counsel needs additional time to receive and review documents relating to allegations presented in Plaintiff's Complaint.

-1-

JACKSON LEWIS P.C.
LAS VEGAS

Accordingly, Defendant shall have up to and including June 8, 2018, to respond to Plaintiff's Complaint.

Dated: May 17, 2018                               Dated: May 17, 2018

/s/Lisa A. McClane                                          /s/Mark Mausert
Lisa A. McClane, Bar No. 10129               Mark Mausert, Bar No. 2398
Daniel I. Aquino, Bar No. 12682                729 Evans Ave.
3800 Howard Hughes Parkway, Ste. 600    Reno, NV 89512
Las Vegas, NV 89169

                                                                Attorney for Plaintiff
Attorneys for Defendant


**IT IS SO ORDERED.**

Dated this ___ day of May, 2018.

_____
United States Magistrate Judge

4850-3831-7926, v. 1